DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LESTER BAILEY**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D19-648

[June 6, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 062014CF011174A88810.

Lester Bailey, Madison, pro se.

No appearance required of appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***